## REQUEST FOR WARRANT UPON FILING OF AN INDICTMENT

TO:   Clerk, United States District Court
      District of North Dakota

The Grand Jury returned an Indictment on June 18, 2015, against DANIEL VIVAS CERON, a/k/a DANIEL VIVAS-CERON, charging the following:

21 U.S.C. §§ 812, 813, 841(a)(1), 841(b)(1)(C), and 846 – conspiracy to possess with intent to distribute and distribute controlled substances resulting in serious bodily injury and death
21 U.S.C. §§ 812, 813, 841(b)(1)(C), 952(a)(2), 960(a)(1), 960(b)(3), and 963 – conspiracy to import controlled substances and controlled substance analogues into the United States resulting in serious bodily injury and death
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – aiding and abetting the distribution of a controlled substance resulting in death
18 U.S.C. § 1956(h) – money laundering conspiracy to conceal and disguise nature, location, ownership, and control of proceeds of specified unlawful activity
21 U.S.C. §§ 848(a) and 848(c) – continuing criminal enterprise
21 U.S.C. § 853 – forfeiture allegation
21 U.S.C. § 2 – aiding and abetting

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

[X]   The United States will not be in a position to recommend conditions release until it has reviewed the bond study to be performed by Pretrial Services.

[ ]   The United States recommends that:

   [ ]   bail be set at     $ _____

   [ ]   defendant be detained without bail.

COMMENTS:

Dated this 18th of June, 2015.

CHRISTOPHER C. MYERS
Acting United States Attorney