UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

USA

v.  Case No: 2:15-CR-55

Daniel Vivas Ceron,
a/k/a Daniel Vivas-Ceron

## CLERK'S MINUTES
Proceeding: Arraignment and Detention Hearing

| | |
|---|---|
| Presiding Judge: U.S. Magistrate Judge Alice Senechal | Date: Monday, January 30, 2017 |
| Deputy Clerk: Lisa Clark | Time: 2:00pm |
| USPO: (not present) | Recess: 2:13pm |
| Digital Recorder: 170130-000.mp3 | |

Counsel for USA: Brett Shasky, AUSA appearing obo Christopher Myers, U.S. Attorney
Counsel for Defendant: Brian Toay, CJA

---

Court calls case and notes appearances. Judge Senechal is presiding from Grand Forks. Counsel and defendant are appearing via video from Fargo.

Court explains certain constitutional rights. Defendant understands.
Court asks defendant educational and competency questions.
Attorney Toay states an interpreter is not needed.
Defendant is satisfied with court appointed counsel.

Court discusses charge and penalties. Court explains trial rights. Defendant understands.

Defendant enters a plea of NOT GUILTY as to counts 1-5 of indictment and a denial of forfeiture allegation.
USA estimates 8-10 days for trial; stipulated discovery policy to be followed.
Trial is set for April 4, 2017. Pretrial order to be filed.

Attorney Toay states defendant wishes to waive the detention hearing due to pending charges in Canada. Court explains rights to detention hearing. Court questions defendant. Defendant waives the detention hearing at this time.

Order of detention to be filed.

Recess.