IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 1:15-CR-00055 |
| Plaintiff, | |
| v. | SPEEDY TRIAL WAIVER |
| Daniel Ceron, | |
| Defendant. | |

Defendant, DANIEL CERON, hereby expressly waives any rights he has pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161–3174, or the United States Constitution with respect to a speedy trial. The Act and applicable rights thereunder have been explained to the undersigned by his attorney, and he acknowledges that more than 70 days will elapse from the filing of the indictment or initial appearance until final disposition of this case. The undersigned also expressly waives his right to move for dismissal of the charges on the grounds of a Speedy Trial Act violation.

Dated this 11th day of June, 2018

_____
Daniel Ceron

Dated this 11th day of June, 2018

FISCHER, RUST & STOCK, PLLC.

By_____
Charles A. Stock
North Dakota Attorney ID: 05018
407 North Broadway
P. O. Box 605
Crookston, MN 56716
cstock@crookstonlaw.com
218-281-2400