UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                              CRIMINAL NO. 2:15-CR-55
                                                    (Judge Bailey)

**DANIEL CERON,**

    Defendant.

<u>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE**</u>

On the 2nd day of July, 2018, this matter came before this Court for a hearing on the defendant's Motion to Continue [Doc. 45], which was filed on June 18, 2018. In support of the motion to continue the trial, which is currently scheduled to begin September 11, 2018, defense counsel, Charles Stock, states that he needs additional time to review the voluminous discovery in this matter and to consult with his client. The defendant further states that he waives his right to a speedy trial. The Government does not object to a continuance.

After careful review of the grounds offered in support, this Court finds good cause to grant the motion to continue. In doing so, this Court has considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B), and now finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Specifically, this Court finds that a failure to grant the continuance would "unreasonably deny counsel for the defendant . . . the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence." See 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, this period of delay shall be excluded in computing the time within which trial must commence.

Accordingly, the Motion to Continue **[Doc. 45]** is hereby **GRANTED,** and the **trial** in this matter will now commence on **February 4, 2019, at 9:00 a.m. (CDT)**. Additionally, the **pretrial conference** in this matter is hereby **CONTINUED** until **January 24, 2019, at 1:30 p.m. (CDT), via video teleconferencing**.

As a final matter, in light of the above continuance, all other remaining deadlines are hereby **EXTENDED** by a period of time commensurate to the new trial date. If any pretrial motions are filed, the parties are directed to contact the magistrate judge to schedule a motions hearing.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: July 3, 2018.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE