IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>DANIEL VIVAS CERON,<br>a/k/a DANIEL VIVAS-CERON,<br><br>      Defendant. | Case Nos. 2:15-cr-55 & 3:18-cr-54-01<br><br>**DEMAND FOR DEFENSES UNDER FED. R. CRIM. P. 12** |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>STEVEN BARROS PINTO,<br>a/k/a YEABOY,<br><br>      Defendant. | |

The United States of America, by Christopher C. Myers, United States Attorney for the District of North Dakota, demands from the defendant the following:

    1.    Written notice of any alibi defense Fed. R. Crim. P. 12.1(a)(1). In the event that you intend to offer a defense of alibi, demand is also made upon you to disclose the specific place or places you claim to have been at the time of the offenses, and the names and addresses of the witnesses upon whom you intend to rely to establish such an alibi.

    2.    Written notice of any defense related to any mental condition, or mental examination, or insanity defense Fed. R. Crim. P. 12.2(a); and

3. Written notice of any actual or believed exercise of public authority on behalf of any law enforcement agency or intelligence at the time of the offenses. Fed. R. Crim. P. 12.3(4)(A). In the event that you intend to offer a defense of public authority, demand is also made upon you to disclose the specific place or places you claim to have been acting on behalf of public authority, and the names and addresses of the witnesses upon whom you intend to rely to establish such a defense.

Dated: November 27, 2018

*/s/ Christopher C. Myers*_____
CHRISTOPHER C. MYERS
United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North - Suite 250
Fargo, ND  58102-4932
(701) 297-7400
ND Bar Board ID No. 05317
Chris.C.Myers@usdoj.gov
Attorney for United States