IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANILE VIVAS CERON,<br>　a/k/a DANIEL VIVAS-CERON,<br><br>　　　　　Defendant. | Case No. 2:15-cr-55<br><br>**UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT CERON'S MOTION TO DISMISS INDICTMENT (Doc. 60)** |

　　The United States of America, by Christopher C. Myers, United States Attorney for the District of North Dakota, is in receipt of defendant Ceron's Motion to Dismiss Indictment (Doc. 60). The United States' response is currently due January 4, 2019. Due to the sheer number of issues requiring a response and previously scheduled holiday leave and travel, the United States requests an extension of time from January 4, 2019, until January 9, 2019 to finalize and file its response.

　　This request for extension is brought in the interest of justice and not for purposes of delay. The United States believes good cause has been shown. The United States respectfully requests an extension of time from January 4, 2019, until January 9, 2019, to file its Response to Ceron's Motion to Dismiss Indictment with this Court.

　　Dated:  January 3, 2019

　　　　　　　　　　　　　　　　　　　　　*/s/ Christopher C. Myers*　　　　　
　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER C. MYERS
　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　Quentin N. Burdick United States Courthouse
　　　　　　　　　　　　　　　　　　　　　655 First Avenue North - Suite 250
　　　　　　　　　　　　　　　　　　　　　Fargo, ND  58102-4932
　　　　　　　　　　　　　　　　　　　　　(701) 297-7400
　　　　　　　　　　　　　　　　　　　　　ND Bar Board ID No. 05317
　　　　　　　　　　　　　　　　　　　　　Chris.C.Myers@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　Attorney for United States