EXHIBIT 19

# Simon Robitaille, M.Sc.

**Address :**
1001 St-Laurent O. – bureau 131.19
Longueuil, Qc
J4K 1C7
Phone : (450) 928-4026

E-mail: simon.robitaille@canada.ca

## Academic Training:

| | |
|---|---|
| 2001-2003 | Master's degree in Organic Chemistry<br>Thesis: <u>Développement et chimiosélectivité de l'hydrogénation catalytique chimique de composés nitrés polyfonctionnels</u><br>Research Director: Pr. Jean Lessard<br>Université de Sherbrooke |
| 1997-2000 | Bachelor's degree in Pharmaceutical Chemistry<br>Université de Sherbrooke<br>Graduated |

## Work Experience :

June 2018-
Jan 2018
Sep-Dec 2017
Jan-Mar 2017
Feb-Mar 2016
Jan-Feb 2015

### Specialist (I), Health Canada, Drug Analysis Service

- Review analysis results.
- Participate in various national committees.
- Provide scientific advice on different files.
- Offer advice to the analysts to guide their work.
- Give presentations/training to different law enforcement agencies.

2007-2018   **Analyst, Health Canada, Drug Analysis Service**

- Analyze different exhibits suspected to contain controlled substances seized by law enforcement agencies.
- Provide interpretation of results of analysis to the client organizations. Those results are transmitted as reports and/or Certificate of Analyst.
- Use and maintain complex scientific instruments.
- Give training to new analysts.
- More than 19802 samples analyzed
- Named Analyst under the Controlled Drugs and Substances Act and the Food and Drug Act in 2007

**2003-2005**   **Research Assistant, Université de Sherbrooke**
**2006-2007**   **Research contract financed by Magistral Biotech Inc.**

- In charge of the development of a new technology for the large-scale production of specific-size chitosan hydrolysates based on one-point immobilization of an enzyme on polymer beads.
- Ensure all aspects of chemistry (synthesis, analysis) and enzymatic kinetics related to that new technology.
- In charge of a project aimed to improve the hypocholesterolemic effect by chemical modification of chitosan.
- Collaborate with a multidisciplinary team on chemistry subjects.

**Training and Professional Development:**

LIMS administrator 1 (November 2008)
Improved pipetting techniques (November 2008)
Security – Compressed gas cylinders (May 2010)
Work harassment (June 2011)
Public speaking (February 2012)
Chemical spills intervention (February 2012)
Constructive conflict resolution (November 2012)
Training on synthesis of PCP, MDMA and methamphetamine (September 2012)
Synthesis of cocaine base and GHB (December 2012)
Ethics and values workshop (March 2013)
Naloxone administration (February 2016)
Training on the handling of explosives and hazardous materials (August 2016)
Manipulation of antineoplastics and hazardous drugs (October 2016)
Training on RAMAN (October 2016)
Training on court testifying (June 2018)
Clandestine Laboratories Investigation Course (September 2018)
Assisting on the dismantling of a suspected methamphetamine laboratory (October 2018)
English pronunciation workshop
Training on fire-measures
First Aid training

**Witness testimony:**

July 2018   Projet Oléum (preliminary investigation)
Judge Magali Lepage