IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>DANIEL VIVAS CERON,<br> a/k/a DANIEL VIVAS-CERON,<br><br>              Defendant. | Case No. 2:15-cr-00055<br><br>**UNITED STATES' NOTICE UNDER FEDERAL RULES OF EVIDENCE 404(b)** |

The United States of America, by Christopher C. Myers, United States Attorney for the District of North Dakota, hereby gives notice of its intent to use the following evidence in the above-entitled matter, under Rule 404(b) of the Federal Rules of Evidence, to prove the defendant's motive, intent, knowledge, identity, and common plan or scheme relating to the charges in the pending Indictment:

- **Illegal Importation of a Controlled Substance (Cocaine)**

Court File No. 500-73-001727-029, Court of Canada, Province of Quebec, District of Montreal, Judgment entered on or about June 26, 2002.

Certified copies of the charging instruments and conviction/judgment has previously been filed with the Court. See Doc. 55.

Dated:  January 14, 2019

                                               */s/ Christopher C. Myers*
                                               CHRISTOPHER C. MYERS
                                               United States Attorney
                                               Quentin N. Burdick United States Courthouse
                                               655 First Avenue North - Suite 250
                                               Fargo, ND  58102-4932
                                               (701) 297-7400
                                               ND Bar Board ID No. 05317
                                               Chris.C.Myers@usdoj.gov
                                               Attorney for United States