| | | | |
|---|---|---|---|
| **CANADA** | | | **DÉNONCIATION / INFORMATION** |
| PROVINCE DE / OF QUÉBEC | | | |
| District | Montréal | Les présentes constituent la dénonciation de / This is the information of | |
| Localité / Locality | Montréal | occupation | **Agent de Liaison** |
| Dossier / Record | 73-001727-029 | adresse / address | **Gendarmerie royale du Canada** |
| | | | **1, Notre-Dame Est** RENALD GAUVIN #35432 |
| No séquentiel / Sequential No | | | **Montréal (Québec)** |
| | | | **H2Y 1B6** |
| Corps Policier / Police Force | Gendarmerie royale du Canada | | |
| No événement / Occurence No. | 2002 MSTP 0904 | qui déclare : j'ai des motifs raisonnables de croire que / who states: I have reasonable grounds to believe that | |
| Code statistique / Statistical Code | | 001 **PONTIGO, Juan** | 002 **VIVAS CERON, Daniel** |
| | | né le / born on | |
| Me | **Thierry Nadon** | adresse / address | |
| | | **Lachine (Québec)** | **LaSalle (Québec)** |

À Montréal, district judiciaire de Montréal

1. Le ou vers le 5 mars 2002, ont illégalement fait le trafic d'une substance inscrite à l'annexe I de la Loi réglementant certaines drogues et autres substances, L.C. 1996, c.19, à savoir: de la cocaïne, contrairement au paragraphe 5(1) de ladite Loi, commettant un acte criminel prévu à l'alinéa 5(3)a) de la Loi réglementant certaines drogues et autres substances.

2. Le ou vers le 5 mars 2002, ont illégalement eu en leur possession, en vue d'en faire le trafic, une substance inscrite à l'annexe I de la Loi réglementant certaines drogues et autres substances, L.C. 1996, c.19, à savoir: de la cocaïne, contrairement au paragraphe 5(2) de ladite Loi, commettant ainsi un acte criminel prévu à l'alinéa 5(3)a) de la Loi réglementant certaines drogues et autres substances.

3. Entre le 27 février 2002 et le 5 mars 2002, ont illégalement importé une substance inscrite à l'annexe I de la Loi réglementant certaines drogues et autres substances, L.C. 1996, c.19, à savoir: de la cocaïne, contrairement au paragraphe 6(1) de ladite Loi, commettant ainsi un acte criminel prévu à l'alinéa 6(3)a) de la Loi réglementant certaines drogues et autres substances.

C'est pourquoi je demande justice et je signe / Wherefore I pray justice be done and I sign

_Renald Gauvin_
Dénonciateur / Informant

☐ Déclaré sous serment devant moi / Sworn before me
☒ Affirmé solennellement devant moi / Solemnly affirmed before me

☐ Citation à comparaître confirmée le / Appearance notice confirmed on     pour le / for the
☐ Promesse de comparaître confirmée le / Promise to appear confirmed on     COPIE CERTIFIÉE CONFORME AU DOCUMENT DÉTENU PAR LA COUR     pour le / for the
☐ Engagement confirmé le / Recognizance confirmed on     pour le / for the

_Gcg 2018-09-27_
(Signature et titre) le / on     **6 mars 2002**

A / At  **Montréal**

**Gilles Michaud**
Juge de paix (en majuscules) / Justice of the Peace (in block letters)     Juge de paix / Justice of the Peace

Exhibit 1                                                                                                                     1

| CHOIX | ELECTION |
|---|---|
| Le _6 mars 2002_<br>PRÉSENT _juge Dolah_<br>Le prévenu _____<br>Comparaît :<br><br>Conformément aux dispositions de l'article 536 de la Partie XVIII du Code criminel, la dénonciation lui est lue et il est appelé à faire son choix dans les termes suivants : vous avez le choix d'être jugé par un juge de la cour provinciale sans jury et sans enquête préliminaire; ou vous pouvez choisir d'être jugé par un juge sans jury après une enquête préliminaire; ou encore vous pouvez choisir d'être jugé par un tribunal composé d'un juge et d'un jury après une enquête préliminaire. Si vous ne faites pas ce choix maintenant, vous êtes réputé avoir choisi d'être jugé par un tribunal composé d'un juge et d'un jury après une enquête préliminaire. Comment choisissez-vous d'être jugé ?<br><br>☐ Le prévenu choisit d'être jugé par un juge sans jury après une enquête préliminaire (art.558);<br>☒ Le prévenu choisit d'être jugé par un tribunal composé d'un juge et d'un jury;<br>☐ Le prévenu n'a pas fait de choix;<br>☐ Le prévenu choisit d'être jugé par un juge d'une cour provinciale sans jury et sans enquête préliminaire (art. 554) et, étant requis de répondre à l'inculpation.<br><br>il plaide   ☒ Coupable   ☐ Non coupable<br><br>_____ Juge | On _____<br>PRESENT _____<br>The accused _____<br>Appeared:<br><br>In accordance with the provisions of section 536 of Part XVIII of the Criminal Code, the information was read to him and he was put to his election in the following words : You have the option to elect to be tried by a provincial court judge without a jury and without having had a preliminary inquiry; or you may elect to have a preliminary inquiry and to be tried by a judge without a jury; or you may elect to have a preliminary inquiry and to be tried by a court composed of a judge and jury. If you do not elect now, you shall be deemed to have elected to have a preliminary inquiry and to be tried by a court composed of a judge and jury. How do you elect to be tried?<br><br>☐ The accused elected to have a preliminary inquiry and to be tried by a judge without a jury (s. 558).<br>☐ The accused elected to be tried by a court composed of a judge and jury.<br>☐ The accused did not elect.<br>☐ The accused elected to be tried by a provincial court judge without a jury and without a preliminary inquiry (s. 554) and , being required to plead to the charge,<br><br>he pleaded   ☐ Guilty   ☐ Not guilty<br><br>_____ Judge |

| NOUVEAU CHOIX | RE-ELECTION |
|---|---|
| Le _26 juin 2002_<br>PRÉSENT _Juge Louis A. Legault_<br>Le prévenu<br><br>☒ demande la permission de changer d'option et d'être jugé par un juge d'une cour provinciale selon la Partie XIX du Code criminel (art. 554).<br><br>Demande accordée<br>La plainte lui est lue et<br><br>Il plaide   ☒ Coupable   ☐ Non coupable<br><br>☐ désire se prévaloir des dispositions de l'article 549(1) du C. cr.<br>☐ demande la permission de changer d'option et d'être jugé par un juge sans jury (art. 558).<br><br>La poursuite consent.<br>Le prévenu est renvoyé pour subir son procès.<br><br>_____ Juge | On _____<br>PRESENT _____<br>The accused<br><br>☐ requests permission to re-elect and to be tried by a provincial court judge in accordance with Part XIX of the Criminal Code (s. 554).<br><br>The request is granted.<br>The complaint was read to him.<br><br>The accused pleaded   ☐ Guilty   ☐ Not guilty<br><br>☐ wishes to avail himself of the provisions of subsection 549(1) of the Cr. C.<br>☐ requests permission to re-elect and to be tried by a judge without a jury (s. 558)<br><br>The prosecution consents.<br>The accused is ordered to stand trial.<br><br>_____ Judge |

| JURIDICTION EXCLUSIVE ET ABSOLUE | EXCLUSIVE AND ABSOLUTE JURISDICTION |
|---|---|
| Le _____<br>PRÉSENT _____<br>Le prévenu _____<br>Comparaît et la plainte lui est lue<br><br>☐ Étant donné qu'il s'agit d'un acte criminel de la juridiction exclusive de la cour supérieure, le prévenu est envoyé pour subir son enquête préliminaire.<br>☐ Étant donné qu'il s'agit d'un acte criminel de la juridiction absolue d'un juge d'une cour provinciale, il est requis de répondre à l'inculpation.<br><br>Il plaide   ☐ Coupable   ☐ Non coupable<br><br>_____ Juge | On _____<br>PRESENT _____<br>The accused _____<br>Appeared and the complaint was read to him<br><br>☐ Considering that the matter is an indictment under the exclusive jurisdiction of the Superior Court, the accused is ordered to appear for a preliminary inquiry.<br>☐ Considering that the matter is an indictment under the absolute jurisdiction of a provincial court judge, the accused is required to plead to the charge.<br><br>He pleaded   ☐ Guilty   ☐ Not guilty<br><br>_____ Judge |

| PARTIE XXVII | PART XXVII |
|---|---|
| Le _____<br>PRÉSENT _____ Juge de paix<br>Le défendeur comparaît et la plainte lui est lue.<br><br>Il plaide   ☐ Coupable   ☐ Non coupable<br><br>_____ Juge de paix | On _____<br>PRESENT _____ Justice of the Peace<br>The defendant appeared and the complaint was read to him.<br><br>He pleaded   ☐ Guilty   ☐ Not guilty<br><br>_____ Justice of the Peace |

Exhibit 1                                                                                                                                          2

| | |
|---|---|
| **CANADA** | **COUR DU QUÉBEC**<br>**(Chambre criminelle et pénale)** |
| **PROVINCE DE QUÉBEC**<br>**DISTRICT DE MONTRÉAL** | |
| **NO : 500-73-001727-029** | **SA MAJESTÉ LA REINE,**<br><br>Poursuivante – **REQUÉRANTE**<br><br>C.<br><br>**DANIEL VIVAS-CERON,**<br><br>Accusé – **INTIMÉ** |

## JUGEMENT

- **CONSIDÉRANT** la demande de prise en charge de biens saisis;

- **CONSIDÉRANT** le consentement à jugement déposé au dossier de la Cour;

- **CONSIDÉRANT** le plaidoyer de culpabilité de Daniel Vivas-Ceron relativement à l'infraction au paragraphe 6(1) de la *Loi réglementant certaines drogues et autres substances;*

- **CONSIDÉRANT** la demande de confiscation du Procureur général du Canada, présentée ce jour par l'entremise de son procureur;

Exhibit 1                                                                                                                                     3

- **CONSIDÉRANT** le consentement à confiscation signé par l'accusé, Daniel Vivas-Ceron;

- **CONSIDÉRANT** que le tribunal est convaincu que le bien mentionné au paragraphe 1 ci-après est un produit de la criminalité;

- **CONSIDÉRANT** que le tribunal est convaincu qu'aucune autre personne n'a un intérêt valide dans le bien mentionné au paragraphe 1 ci-après;

**EN CONSÉQUENCE :**

1. **J'ORDONNE QUE** la Gendarmerie royale du Canada remettre au ministre des Travaux Publics et des Services gouvernementaux une partie de l'argent comptant saisie en possession de l'accusé, soit la somme de 1 200 $;

2. **J'AUTORISE** le ministre des Travaux Publics et des Services gouvernementaux à prendre la possession et la charge desdits 1 200 $;

3. **JE CONFIE** au ministre des Travaux Publics et des Services gouvernementaux l'administration desdits 1 200 $;

4. **J'ORDONNE QUE** la somme de 1 200 $ soit confisquée au profit de Sa Majesté du chef du Canada, pour qu'il en soit disposée selon les instructions du Procureur général du Canada, ou de quelque autre façon en conformité avec la loi ;

Exhibit 1

2

4

5. **J'ORDONNE** que le solde de l'argent saisi en possession de l'accusé, soit la somme de 1 500 $, soit remis à l'intimé par l'entremise de son procureur Me John T. Pepper.

FAIT À MONTRÉAL,
CE 26e JOUR DE SEPTEMBRE 2002

_____
L'HONORABLE LOUIS A. LEGAULT
JUGE DE LA COUR DU QUÉBEC

Exhibit 1

3

5

NO:  500-73-001727-029

District de Montréal
Province de Québec
COUR DU QUÉBEC
(Chambre criminelle et pénale)

SA MAJESTÉ LA REINE

c.

Daniel Vivas-Ceron

## JUGEMENT

## ORIGINAL

Me Manon Lavoie

Ministère fédéral de la Justice
Complexe Guy-Favreau
200 ouest, boulevard René-Lévesque
Tour Est, 9e étage
Montréal (Québec) H2Z 1X4
Téléphone : (514) (514) 283-7695

| | |
|---|---|
| Notre dossier : | 1-180393 |
| Secrétaire : | France Rousseau |
| Tél. : | (514) 496-2408 |

Exhibit 1                                                                                                                                6

**Gouvernement du Québec**
**Ministère de la Justice**
**Direction générale des services de justice**

**PROCÈS-VERBAL INFORMATISÉ**

**1 PLAIGNANT/E**

DOSSIER N° 500-73 001727-029   Page  de 6

Nom: 
Prénom:
Nom de l'avocat/e du(de la) plaignant/e: Nadon Thierry AN1954
[X] 1- Présent/e   [ ] 2- Absent/e   [ ] 3- Représenté/e   [ ] 4- Aucun/e avocat/e ne représente le(la) plaignant/e

**2 ACCUSÉ/E**

Séquence: 002   Date de naissance:   Alias:
Nom: Vivas Ceron   Prénom: Daniel
[X] 1- Présent/e   [ ] 2- Absent/e   [ ] 3- Comparution par écrit   [ ] 4- Représenté/e par avocat/e avec permission de la cour   [ ] 1- En liberté   [X] 2- Détenu/e   [ ] 3- Sous arrest
Adresse 1:   Adresse 2:   [ ] 1- Detenu/e dans une autre cause
Nom de l'avocat/e de l'accusé/e: Pepper John AP6214   Prénom:   Code:
[X] 1- Présent/e   [ ] 2- Absent/e   [ ] 3- Représenté/e   [ ] 4- Aucun/e avocat/e ne représente l'accusé/e

**3 CAUSE**

Date: 20020626   Salle: 3.12   Début: 1354   Fin: 1327
Juge: Legault Louis A. JL2407
Greffier/ière: Savaria Brigitte TS0796

Remarques:

**4 ÉTAPE**

CHOIX DE L'ACCUSÉ/E (S'IL Y A LIEU)
[X] 8- Juge d'une cour provinciale
[ ] 2- Juge sans jury
[ ] 3- Juge avec jury
[ ] 4- Jur. exclusive cour supérieure
[ ] 9- Jur. absolue d'un juge d'une cour prov.
[ ] 7- Juge d'une cour provinciale (partie XXVII)
[ ] — Nouveau choix : Art. 561
[ ] 1- Art 549

Remise
[ ] 1- De consentement
[ ] 6- L'accusé/e consent à plus de trois jours
[ ] 3- À la demande de la poursuite
[ ] 4- À la demande de la défense
[ ] 5- Sur ordre du tribunal
[ ] 7- De l'accusé/e

ACTUELLE | | PROCHAINE | Année Mois Jour
1 Comp. offense criminelle 1 | 20020926
2 Comp. offense statutaire 2 | Salle: Juge Legault
3 Enquête préliminaire 3 | Heure: 930
4 Examen volontaire 4 |
5 (2) Nouvelle option 5 |
6 Renvoi (ass. cnm.)/Ouverture du terme 6 |
22 Procès juge cour provinciale 22 |
8 Procès poursuite sommaire 8 |
9 (1019) Procès juge seul 9 |
10 Cour supérieure 10 |
11 Jugement reporté 11 |
12 Sentence reportée 12 |
13 Révision de cautionnement 13 |
14 Enquête sur cautionnement 14 |
21 Conférence préparatoire 21 |
15 Autre Requête conf. et lib [X] des bicas
Décision finale rendue 16

1- Proforma
2- Communication preuve
3- Assignation de témoins
4- Pour disposer
5- Sans assignation de témoins
6- Pour fixer date
7- Assignation spéciale
8- Ex parte
9- Autre

[ ] — Pièce à conviction
— Nombre de témoins

Remarques:

**5 ACCUSATION**

[ ] Dénonciation   [ ] Acte d'accusation   [ ] Dépôt
[ ] Lecture faite   [ ] Dispense lecture
[ ] Requête pour retirer le(s) _____ chef(s), accordée
[ ] Aucune preuve à offrir pour le(s) _____ chef(s)

TÉMOIN: Preuve par défaut _____
[ ] Preuve documentaire déposée   [ ] Assermenté/e

| Ordre | | Original | | | | Modifications | | | | Plaidoyer | | | | | Décisions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dénonciation | Acte accusation | Article | Par | Al | Sous-al | Article | Par | Al | Sous-al | Coupable | Non coupable | 606(4) C.cr. Mis de et n... | ... | Autre infrac... | public 1 | ... 2 | ... 3 | Renvoi 4 | Acquitté 5 | Autre 6 |
| 01 | | 5 | 1 3 | A | | | | | | | | | | | | | | | | X |
| 02 | | 5 5 | 2 3 | A | | | | | | | | | | | | | | | | X |
| 03 | | 8 | 1 3 | A | | | | | | | X | | | | | | | | | |

Exhibit 1   7

| | | | 1- Accordé | | | 1- Engagement sans cond. | | 1- Rapport présentenciel | | 12- Détenu jusqu'au bon plaisir du lieutenant-gouverneur |
|---|---|---|---|---|---|---|---|---|---|---|
| D É C I S I O N | | | 2- Rétabli | C O N D I T I O N (S) | | 2- Engagement avec cond. | | 2- Amener prisonnier/ière | | |
| | | | 3- Modifié | | | 3- Promesse sans cond | | 4- Examen mental ___ jours | | 13- Relevé défaut mandat |
| | | | 4- Refusé | | | 4- Promesse avec cond | | 5- Libération | | 3- Autre |
| | | | 5- Annulé | | | 5- Cond. modifiée(s) | | 14- Interdiction de conduire ___ mois ___ an(s) | | |
| Personnel | | | | Tierce personne | | | ▶ | 15 Interdiction de poss. d'armes art. 109 C.cr. ___ mois 10 an(s) | | |
| | | | | | | | | 8- Libération des biens | | |
| Dépôt | | | | Autre | | | | 9- Confiscation des biens | | |
| | | | | | | | | 10- Conf. du permis exécutée | | |
| | | | | | | | | 11- Conf. du permis non exécutée | | |

☐ La défense admet la preuve qui serait présentée à l'enquête

15- Ord. inter. obligatoire art. 109 C.cr. ou discrétionnaire art. 110 C.cr
16- Ord. inter. préventive art. 111 C.cr
17- Ord. autorisant le C A F à délivrer une autorisation, un permis ou un certificat malgré une interdiction art. 113 C.cr.
18- Ord. de restriction visant une personne qui habite ou a des rapports avec une personne sous interdiction art. 117.011 C.cr.
19- Ord. inter. prononcé lors d'une mise en liberté provisoire art. 515(4.1) C.cr
20- Ord. inter. prononcé lors d'une ordonnance de probation art. 732.1 C.cr.
21- Ord. inter. prononcé lors d'une ordonnance de sursis art. 742.3 C.cr.
22- Ord. inter. prononcé comme condition d'un engagement de ne pas troubler l'ordre public art. 810(3.1) C.cr
23- Ord. de modification de l'interdiction
24- Ord. de révocation de l'interdiction

| Mandat | ☐ 1- Renvoi | ☐ 3- Amener témoin |
|---|---|---|
| | ☒ 2- Emprisonnement | ☐ 4- Amener (défaut) |

Remarques _____   Remarques _____

**8- SENTENCE**
1- Représentations: S1: antécédents judiciaires

| | | Ordre | | Ordre | | Ordre | | Ordre | | Ordre | | Ordre | | Ordre | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Dé-non-cia-tion | Acte accu-sation | Dé-non-cia-tion | Acte accu-sation | Dé-non-cia-tion | Acte accu-sation | Dé-non-cia-tion | Acte accu-sation | Dé-non-cia-tion | Acte accu-sation | Dé-non-cia-tion | Acte accu-sation | Dé-non-cia-tion | Acte accu-sation |
| | | 03 | | | | | | | | | | | | | |
| **AMENDE** | Montant | | | | | | | | | | | | | | |
| | Concurrent | | | | | | | | | | | | | | |
| | Frais | | | | | | | | | | | | | | |
| | Autre montant | | | | | | | | | | | | | | |
| | Délai | | | | | | | | | | | | | | |
| | À défaut emprisonnement — Concurrent | | | | | | | | | | | | | | |
| | À défaut emprisonnement — Consécutif | | | | | | | | | | | | | | |
| | Vitesse permise | | | | | | | | | | | | | | |
| | Vitesse reprochée | | | | | | | | | | | | | | |
| **SURAMENDE** | Montant | | | | | | | | | | | | | | |
| | Délai | | | | | | | | | | | | | | |
| | À défaut emprisonnement — Concurrent | | | | | | | | | | | | | | |
| | À défaut emprisonnement — Consécutif | | | | | | | | | | | | | | |
| **DÉDOMMAGEMENT À LA VICTIME** | Montant | | | | | | | | | | | | | | |
| | Délai | | | | | | | | | | | | | | |
| **EMPRISONNEMENT** ✱ | Période | 2 ans et 4 mois | | | | | | | | | | | | | |
| | Concurrent | | | | | | | | | | | | | | |
| | Consécutif | | | | | | | | | | | | | | |
| | Prison discontinue -2 | | | | | | | | | | | | | | |
| | Perpétuité -3 | | | | | | | | | | | | | | |
| **ABSOLUTION** | Conditionnelle art. 730 -1 | | | | | | | | | | | | | | |
| | Inconditionnelle art. 730 -2 | | | | | | | | | | | | | | |
| **PROBATION** | Surv. probation -1 | | | | | | | | | | | | | | |
| | Surv. policier -2 | | | | | | | | | | | | | | |
| | Probation sans surv. -3 | | | | | | | | | | | | | | |
| | Travaux communautaires -4 | | | | | | | | | | | | | | |
| | Période (cond. usuelles) | | | | | | | | | | | | | | |
| | Restitution art. 732.1 | | | | | | | | | | | | | | |
| **SURSIS** | Sentence | | | | | | | | | | | | | | |

Remarques: ✱ consécutif à toute autre sentence;

Date: 26 juin 2002       Juge: _____       Greffier-audiencier / Greffière-audiencière: [signature]

Exhibit 1                                                                 8

| | |
|---|---|
| CANADA | INFORMATION |
| PROVINCE OF QUÉBEC | |
| District: Montréal | This is the information regarding |
| Locality: Montréal | Occupation: Liaison Agent |
| File number: 500 73-001727-029 | Royal Canadian Mounted Police |
| | 1 Notre Dame East RENALD GAUVIN #35432 |
| | Montréal (Québec) H2Y 1B6 |
| Sequential Number: | |
| Police Force: Royal Canadian Mounted Police | |
| Occurrence Number: 2002 MSTP 0904 | who states: I have reasonable grounds to believe that |
| Statistical Code | 001 PONTIGO, Juan    002 VIVAS CERON, Daniel |
| | Born on |
| The Hon. Thierry Nadon, Esq. | Address: |
| | Lachine (Québec)    LaSalle (Québec) |

In Montréal, Judicial District of Montréal

1. On or about March 5, 2002, illegally tafficked in a controlled substance inscribed in Annex I of the Law that regulates certain drugs and other substances, L.C. 1996, c.19, which refers to: cocaine, in violation of paragraph 5(1) of said Law, committing a criminal act as set forth in section 5(3)a) of the Law regulating certain drugs and other substances.

[handwritten: ARR. COND.]

2. On or about March 5, 2002, illegally had in their possession, with the intention of participating in its distribution, a controlled substanced inscribed in Annex 1 of the Law regulating certain drugs and other substances, L.C. 1996, c. 19, which refers to: cocaine, in violation of paragraph 5(2) of said Law, thereby committing a criminal act as set forth in section 5(3)a) of the Law regulating certain drugs and other substances.

[handwritten: ARR. COND.]

3. Between February 27, 2002, and March 5, 2002, did illegally import a controlled substance inscribed in Annex I of the Law regulating certain drugs and other substances, L.C. 1996, c. 19, which refers to: cocaine, in violation of the paragraph 6(1) of said Law, thereby committing a criminal act set forth in the section 6(3)a) of the Law regulating certain drugs and other substances.

Wherefore I pray justice be done and I sign

Renald Gauvin

Informant

X Solemnly affirmed before me

COPY CERTIFIED IN CONFORMITY WITH THE DOCUMENT ON RECORD WITH THE COURT

In Montréal    [signature: illegible] 09/27/2018    On March 6, 2002

(signature and title)

Gilles Michaud    [signature: illegible]

Justice of the Peace (in block letters)    Justice of the Peace

1. COURT OFFICE

Exhibit 1    9

ELECTION

On: March 6, 2002

PRESENT: Judge Polak

The accused:

Appeared:

In accordance with the provisions of section 536 of Part XVIII of the Criminal Code, the information was read to him and he was put to his election in the following words: You have the option to elect to be tried by a provincial court judge without a jury and without having had a preliminary inquiry; or you may elect to have a preliminary inquiry and to be tried by a judge without a jury; or you may elect to have a preliminary inquiry and to be tried by a court composed of a judge and a jury. If you do not elect now, you shall be deemed to have elected to have a preliminary inquiry and to be tried by a court composed of a judge and a jury. How do you elect to be tried?

X The accused elected to be tried by a court composed of a judge and a jury.

[signature: illegible]

Judge

RE-ELECTION

On: June 26, 2002

PRESENT: Judge Louis A. Legault

The accused:

X Requests permission to re-elect and to be tried by a provincial court judge in accordance with Part XIX of the Criminal Code (section 554).

The request is granted.

The complaint was read to him.

X Guilty

[signature: illegible]

Judge

Exhibit 1                                                                                                                                          10

| | |
|---|---|
| CANADA | COURT OF QUÉBEC |
| | (Criminal and Penal Chamber) |
| PROVINCE OF QUÉBEC | |
| DISTRICT OF MONTRÉAL | |
| NUMBER: 500-73-001727-029 | HER MAJESTY THE QUEEN |
| | Prosecuting – Plaintiff |
| | Versus |
| | DANIEL VIVAS-CERON |
| | Accused – Defendant |

JUDGMENT

- WHEREAS the petition to address the property seized;

- WHEREAS the consent was submitted to Court file;

- WHEREAS the plea of guilty entered by Daniel Vivas-Ceron with respect to the infraction listed in paragraph 6(1) of the Law regulating certain drugs and other substances;

- WHEREAS the petition to confiscate entered by the General Prosecutor of Canada, presented on this day through its prosecutor;

Exhibit 1                                                                                                                  11

- WHEREAS the consent to confiscate was signed by the accused, Daniel Vivas-Ceron;

- WHEREAS the tribunal is convinced that the property mentioned in paragraph 1 hereafter is a product of a criminal act;

- WHEREAS the tribunal is convinced that no other person has a valid interest in the property mentioned in paragraph 1 hereafter;

AS A RESULT OF THE PRECEDING:

1. I ORDER THAT the Royal Canadian Mounted Police turn over to the Ministry of Public Works and Governmental Services a portion of the monetary amount seized from the possession of the accused, equal to $1200;
2. I AUTHORIZE the Ministry of Public Works and Governmental Services to take possession and charge of these $1200;
3. I ENTRUST to the Ministry of Public Works and Governmental Services these $1200;
4. I ORDER THAT the sum of $1200 be confiscated and turned over to Her Majesty the Crown of Canada, so that it be placed according to the instructions of the General Prosecutor of Canada, or according to some other manner that conforms to the law;

2

Exhibit 1                                                                                                                                        12

5.  I ORDER THAT that the balance of the money seized which was in the possession of the accused, which equals the sum of $1500, be returned to the respondent through the intercession of his counsel, the Hon. John T. Pepper, Esq.

ISSUED IN MONTRÉAL

ON THIS 26th DAY OF SEPTEMBER, 2002

[signature: illegible]

THE HONORABLE LOUIS A. LEGAULT

JUDGE SEATED ON THE COURT OF QUÉBEC

3

Exhibit 1                                                                                                                                    13

FILE NUMBER: 500-73-001727-029

District of Montréal

Province of Québec

COURT OF QUÉBEC

(Criminal and Penal Chamber)

HER MAJESTY THE QUEEN

Versus

Daniel Vivas-Ceron

JUDGMENT

ORIGINAL

The Hon. Manon Lavoie, Esq.

Federal Ministry of Justice

Guy-Favreau Complex

200 West, Boulevard René-Lévesque

East Tower, 9th floor

Montréal (Québec) H2Z 1X4

Telephone: (514) (514) 283-7695

| Our File: | 1-180393 |
|---|---|
| Secretary: | France Rousseau |
| Telephone: | (514) 496-2408 |

Exhibit 1                                                                                                                                      14

Government of Québec

Ministry of Justice Québec                                              DIGITAL SWORN STATEMENT

General Administration of Judicial Services

FILE NUMBER: 500-73-001727-029                          Page __ of __  [initials: illegible]

1. Plaintiff

| Last Name | | First Name | |
|---|---|---|---|
| Name of the attorney for the plaintiff | | First Name | Code |
| Nadom | | Thierry | AN 1954 |

X PRESENT

2. Accused

| Sequence: 002 | | Birth Date: | | Alias | |
|---|---|---|---|---|---|
| Last Name | | Year / Month / Date | First Name | | |
| Vivas | Ceron | | Daniel | | |

X Present                                                          X 2. In custody

| Last name of the attorney of the accused | | First name | Code |
|---|---|---|---|
| Pepper | | John | AP 6214 |

X PRESENT

3. Cause

| Date | | | | | |
|---|---|---|---|---|---|
| 2002 | 06 | 26 | Courtroom | Beginning: 12 04 | |
| Year | Month | Date | 312 | End: 12 27 | |
| Judge: | Last Name | | First Name | Code | |
| | Legault | | Louis | JL 2407 | |
| Clerk: | Savaria | | Brigitte | TS 07976 | |

Notes

4. Stage

| CHOICE OF THE ACCUSED (IF APPLICABLE) | CURRENT | NEXT | YEAR | MONTH | DAY |
|---|---|---|---|---|---|
| 8- Provincial Court Judge | | | 2002 | 09 | 26 |
| | | | Courtroom: Judge Legault | | |
| | | | Time: 9:30 | | |

5. New option

9. 1 0 1 9 Court trial only

Other: Request Confiscation of property and probation 5. X

5. Charge                                           Plea            Decisions

Order

| Information | Charge | Article | | [illegible] | [illegible] | | |
|---|---|---|---|---|---|---|---|
| 01 | | 5 | | 1 | | | |
| | | 5 | | 3 | A | | Other X |
| 02 | | 5 | | 2 | | | |
| | | 5 | 3 | | A | | Other X |
| 03 | | 6 | 1 | | A | | |
| | | 6 | 3 | | A | Guilty X | |

[text bottom of page: illegible]

Exhibit 1                                                                                                15

15 Banned from possession of a firearm 109 Criminal Code:    <u>10</u> years

Warrant: X 2. Imprisonment

8. SENTENCE

1. Representations SI: criminal records

Order

Information 03

Imprisonment: X Period: 2 years and 4 months

Notes: X Consecutive to any other sentence;

| | | |
|---|---|---|
| June 26, 2002 | | B. Savaria |
| Date | Judge | Clerk of the Court |

Exhibit 1                                                                                                                                  16